IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERI ASSOCIATES, LLC,

    Plaintiff(s)

vs                                        Case No. 3:18-CV-31

DRT HOLDINGS, INC.,

    Defendant(s)

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. §636(b)(1)(A), (B), and (C), and §636(b)(3), the above-captioned action is hereby referred to United States Chief Magistrate Judge Sharon L. Ovington, ADR Coordinator, for the purpose of overseeing the mediation process. This Court would request that mediation be scheduled in **September 2018.**

Dated: May 23, 2018                                *s/Thomas M. Rose*

                                                              Thomas M. Rose, Judge
                                                              United States District Court